FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rudolph A. Edwards,<br>　　　　　Defendant. | CR 02-01192 -JFW<br><br>ORDER ❲OF DETENTION❳ ~~[SETTING CONDITIONS OF RELEASE]~~ AFTER HEARING<br>(18 U.S.C. § 3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Walter

B.

The court finds there is

(1)

　　(A)　( )　Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　　(B)　(X)　Clear and convincing evidence that the defendant has violated any other condition of release; and

```
 1  (2)
 2       (A)   (X)   Based on the factors set forth in 18 U.S.C. § 3142(g),
 3                   there is no condition or combination of conditions of
 4                   release that will assure that the person will not flee or
 5                   pose a danger to the safety or any other person or the
 6                   community; or
 7       (B)   ( )   The person is unlikely to abide by any condition or
 8                   combination of conditions of release.
 9                         and/or, in the event of (1)(A)
10  (3)         (X)  There is probable cause to believe that, while on
11                   release, the defendant committed a Federal, State, or
12                   local felony, and the presumption that no condition or
13                   combination of conditions will assure that the person
14                   will not pose a danger to the safety of any other person
15                   or the community has not been rebutted.
16                                        or
17  (4)         ( )  The court finds that there are conditions of release that
18                   will assure that the defendant will not flee or pose a
19                   danger to the safety of any other person or the
20                   community, and that the defendant will abide by such
21                   conditions.  See separate order setting conditions.
22          ( )      It is further ordered that this order is stayed for 72
23                   hours in order to allow the Government to seek review
24                   from the [assigned district judge] [criminal duty
25                   district judge].
26                                        or
27
28
```

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED:

January 8, 2009

_____
U.S MAGISTRATE/DISTRICT JUDGE